# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL UNITED STATES COURTHOUSE
### 40 FOLEY SQUARE
### NEW YORK, NY 10007
### 212-857-8500

## NOTICE OF APPEARANCE INSTRUCTIONS
## FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

The Notice of Appearance for Substitute, Additional, or Amicus Counsel form requires counsel to provide contact information. It also requires counsel to certify that they have been admitted to this Court and have complied with all rules regarding admission renewal or that they have applied for admission to this Court. In accordance with Local Rule 12.3(b), each attorney acting as substitution or amicus counsel or any attorney other than lead counsel of record wishing to enter the case must file a separate notice of appearance.

Counsel must be admitted to the bar of this Court or be otherwise eligible to argue an appeal. The Court requires written *pro hac vice* motions filed before filing the notice of appearance. Admission *pro hac vice* will be extended as a matter of course to a member of the bar of a district court within the circuit who has represented a criminal defendant at trial and continues representation on an appeal taken pursuant to the Criminal Justice Act. *See* Local Rule 46.1(d)(1). Counsel, however, are encouraged to apply for general admission to this Court as soon as they meet the qualifications.

An attorney who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case. Counsel must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. To update contact information, a Filing User must access PACER's Manage My Appellate Filer Account, https://www.pacer.gov/psco/cgi-bin/cmecf/ea-login.pl. The Court's records will be updated within 1 business day of a user entering the change in PACER.

For information concerning attorney admissions and renewals, visit the court's website at www.ca2.uscourts.gov or contact Admissions in the Clerk's Office at 212-857-8603 or 212-857-8640.

## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Avalon Holdings Corp. v. Gentile _____   Docket No.: 26-1317 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Miriam Tauber

Firm: Miriam Tauber Law PLLC

Address: 885 Park Ave. 2A, New York NY 10075

Telephone: 323-790-4881 _____   Fax:

E-mail: MiriamTauberLaw@gmail.com

**Appearance for:** Plaintiff / Avalon Holdings Corp.

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )

(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )

(name/firm)

☑ Additional counsel (co-counsel with: David Lopez / Law Office of David Lopez )

(name/firm)

☐ Amicus (in support of: _____ )

(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 9/25/2025 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Miriam Tauber

## CERTIFICATE OF SERVICE

Pursuant to **F.R.A.P. 25(d)(1)(B),** I certify that a copy of this <u>NOTICE OF APPEARANCE FOR ADDITIONAL COUNSEL </u>was served:

(i)    On: **June 15, 2026**; By **MAIL;**
(ii)    To: *Defendant/Appellant* **GUY GENTILE;**
(iii)    At: **P.O. Box 504377, Dubai, United Arab Emirates**
       *(the address indicated for Defendant on the case docket).*

Dated:       June 15, 2026

                                        _____
                                        Miriam Tauber
                                        *Attorney for Plaintiff/Appellee*
                                        *Avalon Holdings Corp.*