**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

Date: July 1, 2026
Docket #: 26-1317
Short Title: Avalon Holdings Corporation v. Gentile

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:18-cv-7291
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Denise L. Cote

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.