**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-six,

_____

Avalon Holdings Corporation,

        Plaintiff - Appellee,

  v.

Guy Gentile,

        Defendant - Appellant,

MintBroker International, Ltd., John Does 1 thru 10,

        Defendants.

_____

**ORDER**
Docket No. 26-1317

Appellant Guy Gentile has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting August 24, 2026 as the brief and joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court