UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

Avalon Holdings Corp.,

                 Plaintiff-Appellee,

v.

Guy Gentile,

                 Defendant-Appellant.

**MOTION TO PROCEED ON THE ORIGINAL DISTRICT COURT RECORD WITHOUT AN APPENDIX**

No. 26-1317

---

### MOTION TO PROCEED ON THE ORIGINAL DISTRICT COURT RECORD WITHOUT AN APPENDIX, OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A DEFERRED OR LIMITED APPENDIX

Defendant-Appellant Guy Gentile respectfully moves, pursuant to FRAP 27, 30(c), 30(f), and 2d Cir. R. 30.1, for an order permitting this appeal to proceed on the original district court record without an appendix, or, in the alternative, for leave to file a deferred or limited appendix.

In support of this motion, Appellant states as follows:

1. I, Appellant Guy Gentile, appears *pro se* in this appeal.

2. This appeal is pending under Second Circuit Docket No. 26-1317 and arises from Southern District of New York Case No. 18-cv-7291 (DLC).

3. The appeal concerns the district court's April 10, 2026 Opinion and Order and related April 10, 2026 contempt and enforcement order, from which Appellant filed a notice of appeal on May 6, 2026.

4. The Court has set Appellant's opening brief due date as August 24, 2026.

5. FRAP 30(f) authorizes the Court to dispense with the appendix and permit an appeal to proceed on the original record.

6. 2d Cir. R. 30.1(e) identifies certain classes of cases in which appeals may proceed on the original record without an appendix as of right, but this Court also retains discretion under FRAP 30(f) to permit that procedure in other cases upon motion.

7. Appellant respectfully requests that discretion be exercised here because the relevant district-court record is already compiled and electronically maintained, and requiring a separate appendix would largely duplicate materials already available in the record on appeal.

1/3

8. As a *pro se* litigant residing outside the United States, Appellant faces substantial practical burden in reproducing, organizing, printing, and internationally transmitting a separate appendix, particularly where the key materials are already present on the district-court docket and will form part of the record on appeal.

9. Proceeding on the original record would conserve cost and effort without prejudicing the Court or Appellees, particularly because the issues on appeal center on discrete written orders that can be identified precisely by docket entry and date.

10. If the Court grants this motion, Appellant will ensure that all relevant parts of the record necessary for review are included in the record on appeal, including any transcripts required by rule, of which there are none in this appeal.

11. Appellant will also attach to his principal brief an addendum containing the orders, opinions, and judgment or judgments being appealed, consistent with 2d Cir. R. 30.1(e)(3).

12. In the alternative, if the Court is not inclined to dispense with the appendix entirely, Appellant requests leave under FRAP 30(c) and 2d Cir. R. 30.1(c) to file a deferred appendix, or permission to file a limited appendix containing only those portions of the record the Court deems necessary for appellate review.

13. This motion does not seek an extension of the August 24, 2026 briefing deadline and does not assume that filing this motion tolls that deadline. Appellant respectfully requests prompt determination so that he may prepare his opening brief in the form the Court requires before the current deadline.

**WHEREFORE**, Appellant respectfully requests that the Court enter an order permitting this appeal to proceed on the original district court record without an appendix pursuant to FRAP. 30(f), or, alternatively, permitting a deferred appendix or limited appendix pursuant to FRAP 30(c) and 2d Cir. R. 30.1(c), together with such other and further relief as the Court deems just and proper.

Dated: July 7, 2026
Dubai, United Arab Emirates

Respectfully submitted,

GUY GENTILE
Defendant-Appellant, *Pro Se*
P.O. Box 504377
Dubai, United Arab Emirates

+971 58 590 2347
fightfightfigth@proton.me

## CERTIFICATE OF SERVICE

I certify that I am a non party aged over 18 years and on _July 7,_ , 2026, a true and correct copy of the foregoing Motion to Proceed on the Original District Court Record Without an Appendix, or, in the Alternative, for Leave to File a Deferred or Limited Appendix, together with all attachments, was served by first-class mail, postage prepaid, upon:

David Lopez
Law Office of David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, NY 11968

Miriam Deborah Tauber
Miriam Tauber Law PLLC
885 Park Avenue, 2A
New York, New York 10075

_____
**CARLA L. MARIN**
65 Hill and Dale Rd.
Carmel, NY 10512
914 299 9017

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

NEW CONCEPT ENERGY, INC.,
Plaintiff-Appellee,

v.

GUY GENTILE,

Defendant-Appellant, *Pro Se*.

---

**MOTION TO PROCEED ON
ON THE ORIGINAL DISTRICT
COURT RECORD
WITHOUT AN APPENDIX**

No. 26-1318

### MOTION TO PROCEED ON THE ORIGINAL DISTRICT COURT RECORD WITHOUT AN APPENDIX, OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A DEFERRED OR LIMITED APPENDIX

Defendant-Appellant Guy Gentile respectfully moves, pursuant to FRAP 27, FRAP 30(c), FRAP 30(f), and 2d Cir. R. 30.1, for an order permitting this appeal to proceed on the original district court record without an appendix, or, in the alternative, for leave to file a deferred or limited appendix.

In support of this motion, Appellant states as follows:

1. I, Appellant Guy Gentile, appear *pro se* in this appeal.

2. This appeal is pending under Second Circuit Docket No. 26-1318 and arises from the Southern District of New York action captioned *New Concept Energy, Inc. v. Guy Gentile and Mintbroker International, Ltd.*, No. 18-cv-8896 (DLC). There is a related case appeal I filed pending in this court under Second Circuit Docket No. 26-1317 captioned *Avalon Holding Corp., v. Gentile and Mintbroker International, Ltd.*, No. 18-cv-7291 (DLC).

3. The district court's April 10, 2026 Opinion and Order addressed the related Avalon and New Concept actions together.

4. In that Opinion and Order, the district court denied my October 29, 2025 motion to "clarify and correct" the judgment, certified the March 20, 2024 judgment under FRCP 54(b) *nunc pro tunc*, and granted Avalon's December 2, 2025 motion to reinstate the civil arrest warrant against Gentile.

5. FRAP30(f) authorizes the Court to dispense with the appendix and permit an appeal to proceed on the original record.

6. 2d Cir. R. 30.1(e) identifies certain classes of cases that proceed on the original record without an appendix as of right, but this Court also retains discretion under FRAP 30(f) to permit that procedure in other cases upon motion.

7. Appellant respectfully requests that discretion be exercised here because the relevant district-court record is already compiled and electronically maintained, and requiring a separate appendix would largely duplicate materials already available in the record on appeal.

8. As a *pro se* litigant residing outside the United States, Appellant faces substantial practical burden in reproducing, organizing, printing, and internationally transmitting a separate appendix, particularly where the key materials are already present on the district-court docket and can be cited by docket entry and date.

9. Proceeding on the original record would conserve cost and effort without prejudicing the Court or Appellee, especially because the issues on appeal center on discrete written orders that are already part of the SDNY record, including the April 10, 2026 Opinion and Order.

10. If the Court grants this motion, Appellant will ensure that all relevant parts of the record necessary for review are included in the record on appeal, including any transcripts required by FRAP 10(b).

11. Appellant will also attach to his principal brief an addendum containing the orders, opinions, and judgment or judgments being appealed, consistent with 2d Cir. R. 30.1(e)(3).

12. In the alternative, if the Court is not inclined to dispense with the appendix entirely, Appellant requests leave under FRAP 30(c) and 2d Cir. R. 30.1(c) to file a deferred appendix, or permission to file a limited appendix containing only those portions of the record the Court deems necessary for appellate review.

13. This motion does not seek an extension of the current briefing deadline and does not assume that filing this motion tolls any deadline. Appellant respectfully requests prompt determination so that he may prepare his opening brief in the form the Court requires.

**WHEREFORE**, Appellant respectfully requests that the Court enter an order permitting this appeal to proceed on the original district court record without an appendix pursuant to FRAP 30(f), or, alternatively, permitting a deferred appendix or limited appendix pursuant to FRAP 30(c) and 2d Cir. R. 30.1(c), together with such other and further relief as the Court deems just and proper.

Dated: July 7, 2026
Dubai, United Arab Emirates

Respectfully submitted,

GUY GENTILE
Defendant-Appellant, *Pro Se*
P.O. Box 504377
Dubai, United Arab Emirates
+971 58 590 2347
fightfightfigth@proton.me

2/3

## CERTIFICATE OF SERVICE

I certify that I am a non party aged over 18 years and on ___July 1___, 2026, a true and correct copy of the foregoing Motion to Proceed on the Original District Court Record Without an Appendix, or, in the Alternative, for Leave to File a Deferred or Limited Appendix, together with all attachments, was served by first-class mail, postage prepaid, upon:

David Lopez
Law Office of David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, NY 11968

Miriam Deborah Tauber
Miriam Tauber Law PLLC
885 Park Avenue, 2A
New York, New York 10075

**CARLA L. MARIN**
65 Hill and Dale Rd.
Carmel, NY 10512
914 299 9107

3/3

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## CM/ECF PRO SE FILING USER REQUEST FORM

Case name: Avalon Holdings Corp. v. Gentile                     Docket No.: 26-1317
                    (Use short caption)

Pro se party contact information:

        Name:    Guy Gentile
        Address: P.O. Box 504377 Dubai, United Arab Emirates


        Phone:   971 58590 2347
        E-mail:  fightfightfigth@proton.me

Please list all courts in which you have filed documents electronically through CM/ECF:

    NYS Supreme Court


Please list all CM/ECF instruction training you have received:

Date(s)              Court                  Instruction/Training Received




**Technical Requirements:**

    Type of computer you will be using:       PC
    Version of Java installed:                None that I know.
    Screen resolution of computer's monitor:  1024/780
    Version of Adobe Acrobat installed:       Acrobat Pro
    Scanning equipment available:             NA

**Certification:**

    I, Guy Gentile                                    , do hereby acknowledge that I have read the
Second Circuit CM/ECF instructions in detail, understand how to file a document electronically through
CM/ECF, and agree to comply with all court instructions and FRAP and local rules regarding electronic
case filing in the Second Circuit.  If at any time the clerk deems my filing in CM/ECF unsatisfactory, my
electronic filing privileges may be revoked, and I will be required to file documents in paper in
accordance with FRAP 25 and LRs 25.2 and 25.3.

_____              07/07/2026
        Signature                                     Date

____Approved ____Denied     By:_____

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Avalon Holdings Corp., | **MOTION FOR LEAVE TO FILE** |
| Plaintiff-Appellee, | **ELECTRONICALLY** |
| | **AS A PRO SE PARTY** |
| v. | |
| Guy Gentile, | No. 26-1317 |
| Defendant-Appellant. | |

Defendant-Appellant Guy Gentile respectfully moves, pursuant to FRAP 27 and 2d Cir. R. 25.1(b)(3), for permission to file electronically in this appeal as a *pro se* party.

In support of this motion, Appellant states as follows:

1. Appellant Guy Gentile appears *pro se* in this appeal.

2. This appeal is pending under Second Circuit Docket No. 26-1317 and arises from Southern District of New York Case No. 18-cv-7291 (DLC).

3. The Court has set Appellant's opening brief due date as August 24, 2026.

4. Under 2d Cir. R. 25.1(b)(3), a *pro se* party may file electronically only if the Court grants permission, and if permission is granted the *pro se* party must register as a Filing User with PACER as soon as practicable.

5. Appellant respectfully requests that permission be granted because electronic filing will materially assist compliance with the Court's rules and deadlines in this appeal.

6. Appellant resides outside the United States and litigates this matter without counsel. Electronic filing would substantially improve Appellant's ability to prepare, file, receive, and review submissions promptly and reliably, including notices of docket activity and orders entered by the Court.

7. Electronic filing would also reduce delays and burdens associated with international printing, physical assembly, and overseas mailing of motion papers and other appellate submissions, while permitting filing in the form ordinarily required by the Court's CM/ECF procedures.

1/3

8. Appellant understands that permission to file electronically does not alter any substantive or procedural obligation imposed by the Federal Rules of Appellate Procedure or the Local Rules of this Court, including rules governing service, format, sealing, and deadlines.

9. Appellant further understands that, if this motion is granted, he must register with PACER as a Filing User and comply with the Court's electronic filing requirements, including the requirement that PDFs be text-searchable to the extent required by 2d Cir. R. 25.1(e).

10. This motion does not seek an extension of the August 24, 2026 briefing deadline and does not assume that filing this motion tolls that deadline. Appellant respectfully requests prompt determination so that he may comply efficiently with the Court's filing requirements before the current deadline.

11. Appellant has separately submitted, or will submit contemporaneously, the Court's Pro Se Electronic Filing User Request Form in support of this request, consistent with 2d Cir. R. 25.1(b)(3).

      WHEREFORE, Appellant respectfully requests that the Court enter an order granting him leave to file electronically in this appeal as a pro se party, together with such other and further relief as the Court deems just and proper.

Dated: July 7, 2026
Dubai, United Arab Emirates

Respectfully submitted,

GUY GENTILE
Defendant-Appellant, *Pro Se*
P.O. Box 504377
Dubai, United Arab Emirates
+971 58 590 2347
fightfightfigth@proton.me

2/3

## CERTIFICATE OF SERVICE

I certify that I am a non party aged over 18 years and on _July 7_ , 2026, a true and correct copy of the foregoing Motion for Leave to File Electronically as a Pro Se Party, together with FORM 180 as page 1 and all attachments, was served by first-class mail, postage prepaid, upon:

David Lopez , Esq.
Law Office of David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, NY 11968

Miriam Deborah Tauber, Esq.
Miriam Tauber Law PLLC
885 Park Avenue, 2A
New York, New York 10075

**CARLA L. MARIN**
65 Hill and Dale Rd.
Carmel, NY 10512
914 299 9017

3/3

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## CM/ECF PRO SE FILING USER REQUEST FORM

Case name: New Concept Energy, Inc. v. Gentile                              Docket No.: 26-1318

(Use short caption)

**Pro se party contact information:**

Name: Guy Gentile

Address: P.O. Box 504377 Dubai, United Arab Emirates

Phone: 971 58590 2347

E-mail: fightfightfigth@proton.me

**Please list all courts in which you have filed documents electronically through CM/ECF:**

NYS Supreme Court

**Please list all CM/ECF instruction training you have received:**

| Date(s) | Court | Instruction/Training Received |
|---------|-------|-------------------------------|
|         |       |                               |
|         |       |                               |
|         |       |                               |

**Technical Requirements:**

| | |
|---|---|
| Type of computer you will be using: | PC |
| Version of Java installed: | None that I know. |
| Screen resolution of computer's monitor: | 1024/780 |
| Version of Adobe Acrobat installed: | Acrobat Pro |
| Scanning equipment available: | NA |

**Certification:**

I, Guy Gentile                                        , do hereby acknowledge that I have read the Second Circuit CM/ECF instructions in detail, understand how to file a document electronically through CM/ECF, and agree to comply with all court instructions and FRAP and local rules regarding electronic case filing in the Second Circuit. If at any time the clerk deems my filing in CM/ECF unsatisfactory, my electronic filing privileges may be revoked, and I will be required to file documents in paper in accordance with FRAP 25 and LRs 25.2 and 25.3.

_____                    07/07/2026
Signature                                          Date

____Approved  ____Denied      By:_____

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

NEW CONCEPT ENERGY, INC.,

Plaintiff-Appellee,

v.

GUY GENTILE,

Defendant-Appellant, *Pro Se.*

---

**MOTION FOR LEAVE TO FILE
ELECTRONICALLY
AS A PRO SE PARTY**

No. 26-1318

Defendant-Appellant Guy Gentile respectfully moves, pursuant to FRAP 27 and 2d Cir. R. 25.1(b)(3), for permission to file electronically in this appeal as a *pro se* party.

In support of this motion, Appellant states as follows:

1. I, Appellant Guy Gentile, appear *pro se* in this appeal.

2. This appeal is pending under Second Circuit Docket No. 26-1318 and arises from the Southern District of New York action captioned *New Concept Energy, Inc. v. Guy Gentile and Mintbroker International, Ltd.*, No. 18-cv-8896 (DLC). There is a related case appeal I filed pending in this court under Second Circuit Docket No. 26-1317 captioned *Avalon Holding Corp., v. Gentile and Mintbroker International, Ltd.*, No. 18-cv-7291 (DLC) that has August 24, 2026 confirmed as the opening brief date, in this Court at docket entry 39. Orders appealed from are the same for both cases.

3. The district court's April 10, 2026 Opinion and Order was entered in the related Avalon and New Concept actions and denied my motion to "clarify and correct" the judgment, certified the March 20, 2024 judgment under FRCP 54(b) *nunc pro tunc*, and granted Avalon's motion to reinstate the civil arrest warrant.

4. Under 2d Cir. R. 25.1(b)(3), a *pro se* party may file electronically only with the Court's permission, after which the party must register as a Filing User with PACER as soon as practicable.

5. Appellant respectfully requests that permission be granted because electronic filing will materially assist compliance with the Court's rules and deadlines in this appeal.

6. Appellant resides outside the United States and is proceeding without counsel. Electronic filing would substantially improve Appellant's ability to prepare, file, receive, and review submissions promptly and reliably.

1/3

7. Electronic filing would also reduce the burdens associated with international printing, physical assembly, and overseas mailing of appellate papers, while allowing submissions in the format ordinarily contemplated by the Court's CM/ECF procedures.

8. Appellant understands that permission to file electronically would not alter any obligation imposed by the Federal Rules of Appellate Procedure or the Local Rules of this Court, including rules governing service, formatting, sealing, and deadlines.

9. Appellant further understands that, if this motion is granted, he must register with PACER as a Filing User and comply with the Court's electronic filing requirements, including 2d Cir. R. 25.1(e).

10. Appellant previously requested an August 24, 2026 opening-brief date in his *Pro Se* Scheduling Notification pursuant to 2d Cir. R. 31.2(a)(1)(A), but no separate briefing order presently appears on the docket in this appeal.

11. This motion does not seek an extension of time and does not assume that filing this motion tolls any current or future briefing deadline. Appellant respectfully requests prompt determination because the docket does not presently reflect a separately ordered opening-brief date in this appeal.

12. Appellant has separately submitted, or will submit contemporaneously, the Court's *Pro Se* Electronic Filing User Request Form in support of this request, consistent with 2d Cir. R. 25.1(b)(3).

**WHEREFORE,** Appellant respectfully requests that the Court enter an order granting him leave to file electronically in this appeal as a *pro se* party, together with such other and further relief as the Court deems just and proper.

Dated: July 7, 2026
Dubai, United Arab Emirates

Respectfully submitted,

Guy Gentile
Defendant-Appellant, *Pro Se*
P.O. Box 504377
Dubai, United Arab Emirates
+971 58 590 2347
fightfightfigth@proton.me

2/3

## CERTIFICATE OF SERVICE

I certify that  I am a non party aged over 18 years and on ___July 7___, 2026, a true and correct copy of the foregoing Motion for Leave to File Electronically as a Pro Se Party, together with FORM 180 as page 1 and with all attachments, was served by first-class mail, postage prepaid, upon:

David Lopez
Law Office of David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, NY 11968

Miriam Deborah Tauber
Miriam Tauber Law PLLC
885 Park Avenue, 2A
New York, New York 10075

_____
**CARLA L. MARIN**
65 Hill and Dale Rd.
Carmel, NY 10512
914 299 9017

3/3