# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty-six.

_____

Avalon Holdings Corporation,

        Plaintiff - Appellee,

   v.

Guy Gentile,

        Defendant - Appellant.

_____

_____

New Concept Energy, Inc.,

        Plaintiff - Appellee,

   v.

Guy Gentile,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 26-1317

Docket No. 26-1318

Appellant, pro se, moves to consolidate the above-captioned appeals and for a single briefing schedule for both appeals.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court