# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand twenty-six.

Before:       Myrna Pérez,
*Circuit Judge.*

---

New Concept Energy, Inc., Avalon Holdings Corporation,

         Plaintiffs - Appellees,

v.

Guy Gentile,

         Defendant - Appellant.

---

**ORDER**

Docket Nos. 26-1317 (L), 26-1318 (Con)

Appellant, pro se, moves for leave to proceed on the original record without an appendix. In the alternative, Appellant requests leave to file a deferred appendix or a limited appendix.

IT IS HEREBY ORDERED that the motion is DENIED. The Court denies Appellant's alternative request as well.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

