**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1317

**Caption [use short title]**

Avalon v Gentile

**Motion for:** Extension of time

Set forth below precise, complete statement of relief sought:

need more time (2 weeks) to file opening brief + appendix

**MOVING PARTY:** Guy Gentile

☐ Plaintiff ☒ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** Avalon Holdings, Corp.

**MOVING ATTORNEY:** pro-se

**OPPOSING ATTORNEY:** Miriam Tauber Esq, Miriam Tauber Law LLC, 885 Park Ave. 2A, NYC 10075, miriamtauberlaw@gmail.com ~~323-790-4881~~

[name of attorney, with firm, address, phone number and e-mail]

GUY GENTILE
POB 504377
Zamurda Trading Bldg Complex
Dubai UAE +971585902347
fightfightfight@proton.me

David Lopez Esq, 171 Edge of the Woods Rd
Southampton, NY 11968
Davidlopezesq@aol.com 631-287-5520

Court- Judge/ Agency appealed from: Hon Denise Cote SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): am prose

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☒ No

Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:** prose party
[signature] GUY GENTILE

**Date:** 8/18/26

Service : ☐ Electronic ☒ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AVALON HOLDINGS, CORP.,
Plaintiff-Appellee,

v.

GUY GENTILE,

Defendant-Appellant, *Pro Se.*

**MOTION FOR EXTENSION OF TIME to FILE APPEAL**

No. 26-1317

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

NEW CONCEPT ENERGY, INC.,
Plaintiff-Appellee,

v.

GUY GENTILE,

Defendant-Appellant, *Pro Se.*

**MOTION FOR EXTENSION OF TIME to FILE APPEAL**

No. 26-1318

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF and APPENDIX**

Defendant-Appellant Guy Gentile, proceeding *pro se*, respectfully moves under FRAP 26(b) and FRAP 27 for a fourteen-day extension of time to file his opening brief and appendix.

The Court's *Pro Se* Scheduling Notifications identify *August 24, 2026* as the filing deadline. Appellant respectfully requests an extension through *September 8, 2026.*

**Grounds for the Requested Extension**

1. Appellant's opening brief and appendix are substantially complete and are being prepared for filing.

2. On August 18, 2026, Appellant spoke by telephone with the commercial printer preparing the brief and appendix. The printer informed Appellant orally that they would need approximately two weeks to print and prepare the materials.

3. Appellant has provided a sworn declaration describing the communication and the estimated production time.

4. The requested extension is limited to the time reasonably required for printing, final assembly, and filing. Appellant will file, or cause to be filed, the brief and appendix sooner if the materials are printed earlier.

5. Appellant resides in Dubai, United Arab Emirates, and is proceeding without counsel. He has been diligently preparing a consolidated brief and appendix addressing two related appeals, the underlying district-court record, and multiple post-judgment orders.

6. This motion is made in good faith and not for purposes of delay. Appellant respectfully submits that the printer's newly communicated production requirement, together with the size and complexity of the consolidated filing, constitutes an extraordinary circumstance warranting a brief extension under 2d Cir. R. 27.1(f)(1).

7. Appellant does not seek to alter the Court's consolidation order or the requirement that an appendix be filed. He seeks only additional time to complete the required filing.

**Consultation and Service**

8. Appellant is proceeding *pro se*. Accordingly, because not all parties are represented by counsel for purposes of the motion, the consultation requirement in 2d Cir. R. 27.1(b) does not apply to Appellant.

9. Appellant will serve a copy of this motion, the supporting declaration, and the proposed order on all counsel of record, including David Lopez and Miriam Tauber, by a permitted method of service. Appellant will not rely on email service absent written consent.

**Requested Relief**

10. Appellant respectfully requests that the Court extend the deadline for filing the opening brief and appendix:

- from August 24, 2026, to September 8, 2026;
- Appellant further requests that the extension apply to the consolidated briefing in Docket Nos. 26-1317 and 26-1318.

Dated: August 18, 2026

Respectfully submitted,

**Guy Gentile**
Defendant-Appellant, *Pro Se*

P.O. Box 504377
Zamurda Trading Building Complex
Dubai, United Arab Emirates
Telephone: +971 58 590 2347
Email: fightfightfigth@proton.me

**CERTIFICATE OF SERVICE**

I certify that I am a non party aged over 18 years and on August 18, 2026, a true and correct copy of the foregoing Motion together with all attachments and Form 1080, for each Appellee, was served by first-class mail, postage prepaid, upon:

David Lopez, Esq.
Law Office of David Lopez
171 Edge of Woods Road, P.O. Box 323
Southampton, NY 11968

Miriam Tauber, Esq.
Miriam Tauber Law PLLC
885 Park Avenue, 2A
New York, New York 10075

**CARLA L. MARIN**
65 Hill and Dale Rd.
Carmel, NY 10512
914 299 9107

URT OF APPEALS
FOR THE SECOND CIRCUIT

AVALON HOLDINGS, CORP.,
Plaintiff-Appellee,

v.

GUY GENTILE,

Defendant-Appellant, *Pro Se*.

**DECLARATION**

No. 26-1317

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

NEW CONCEPT ENERGY, INC.,
Plaintiff-Appellee,

v.

GUY GENTILE,

Defendant-Appellant, *Pro Se*.

**DECLARATION**

No. 26-1318

**DECLARATION OF GUY GENTILE**

I, Guy Gentile, declare as follows:

1. I am the Defendant-Appellant in Docket Nos. 26-1317 and 26-1318 and submit this declaration in support of my motion for an extension of time.

2. The Court's *Pro Se* Scheduling Notifications identify August 24, 2026 as the deadline for filing my opening brief and appendix. I understand that the operative deadline must be determined from the Court's docket and orders.

3. On August 18, 2026, I spoke by telephone with the commercial printer preparing my appellate brief and appendix.

4. During that conversation, the printer informed me that approximately two weeks would be required to print and prepare the materials for filing.

5. The printer's contact person assigned to my order is currently on vacation and expressly indicated that he does not wish to be contacted further. I therefore cannot obtain written confirmation of the estimate without disregarding his request.

6. My brief and appendix are substantially complete. The additional time is needed for printing, final assembly, and filing.

7. I or the printer will file the materials sooner if they are completed before the requested deadline.

8. I make this declaration in good faith and not for purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct.

August 18, 2026

Nassau, The Bahamas

**GUY GENTILE**