# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-six.

---

New Concept Energy, Inc., Avalon Holdings Corporation,

Plaintiffs - Appellees,

v.

Guy Gentile,

Defendant - Appellant,

MintBroker International, Ltd., John Does 1 thru 10,

Defendants.

---

**ORDER**

Docket Nos. 26-1317(L), 26-1318(Con)

Appellant, pro se, moves for electronic filing rights.

IT IS HEREBY ORDERED that the motion is DENIED as unnecessary because the Court has administratively approved his request for electronic filing rights.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe