# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-six.

Before: Alison J. Nathan,
*Circuit Judge.*

---

New Concept Energy, Inc., Avalon Holdings Corporation,

Plaintiffs - Appellees,

v.

Guy Gentile,

Defendant - Appellant,

MintBroker International, Ltd., John Does 1 thru 10,

Defendants.

---

**ORDER**

Docket Nos. 26-1317(L), 26-1318(Con)

Appellant, pro se, moves for an extension of time to September 8, 2026 to file his opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions will be granted.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court


Catherine O'Hagan Wolfe